# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZONYA M. WATTS, | NO. CV 06-3215 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Nineteen-Thousand dollars and zero cents ($19,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Bill LaTour shall reimburse plaintiff the amount of Three-Thousand, One-Hundred dollars and zero cents ($3,100.00).

Dated this 20th day of July, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge